ANDREA T. MARTINEZ, United States Attorney (9313)
STEPHEN P. DENT, Assistant United States Attorney (17405)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4262
stephen.dent@usdoj.gov

FILED US District Court-UT
APR 20 '22 PM01:13

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES STEED ALLRED,<br><br>Defendant. | INDICTMENT<br><br>Counts 1-4: 18 U.S.C. § 2423(b), Travel with Intent to Engage in Illicit Sexual Conduct<br><br>Count 5: 18 U.S.C. § 2422(b), Coercion and Enticement of a Minor |

The Grand Jury charges:

Case: 4:22-cr-00043
Assigned To : Nuffer, David
Assign. Date : 4/20/2022

COUNT 1
18 U.S.C. § 2423(b)
(Travel with Intent to Engage in Illicit Sexual Conduct)

On or about April 1, 2021, in the District of Utah and elsewhere,

JAMES STEED ALLRED,

defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit

sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another

person, to wit: L.S., all in violation of 18 U.S.C. § 2423(b).

### COUNT 2
18 U.S.C. § 2423(b)
(Travel with Intent to Engage in Illicit Sexual Conduct)

On or about and between April 1, 2021 and May 31, 2021, both dates being approximate and inclusive, in the District of Utah and elsewhere,

JAMES STEED ALLRED,

defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another person, to wit: L.S., all in violation of 18 U.S.C. § 2423(b).

### COUNT 3
18 U.S.C. § 2423(b)
(Travel with Intent to Engage in Illicit Sexual Conduct)

On or about and between April 1, 2021 and May 31, 2021, both dates being approximate and inclusive, in the District of Utah and elsewhere,

JAMES STEED ALLRED,

defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another person, to wit: L.S., all in violation of 18 U.S.C. § 2423(b).

### COUNT 4
18 U.S.C. § 2423(b)
(Travel with Intent to Engage in Illicit Sexual Conduct)

On or about and between April 1, 2021 and May 31, 2021, both dates being approximate and inclusive, in the District of Utah and elsewhere,

JAMES STEED ALLRED,

defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another person, to wit: L.S., all in violation of 18 U.S.C. § 2423(b).

COUNT 5
18 U.S.C. § 2422(b)
(Coercion and Enticement of a Minor)

On or about and between April 1, 2020 and August 8, 2021, both dates being approximate and inclusive, in the District of Utah and elsewhere,

JAMES STEED ALLRED,

defendant herein, using a facility or means of interstate or foreign commerce, did knowingly persuade, induce, entice, and coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. § 2422(b).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

STEPHEN P. DENT
Assistant United States Attorney

3
